UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN A. PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil A. No. 04-973 (RCL) |
| | ) | |
| ALAN GREENSPAN, CHAIRMAN OF THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

Consistent with the Memorandum and Opinion issued this date, it is hereby

ORDERED that defendant's motion [10] to dismiss or for summary judgment is GRANTED;

ORDERED that plaintiff's motion [22] to stay consideration of defendant's summary judgment motion for the purpose of permitting discovery is DENIED;

ORDERED that this case be dismissed with prejudice and terminated from the dockets of this court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 22, 2005.